UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 17-23004-CIV-MARTINEZ-SANCHEZ

UNITED BANK,

    Plaintiff,

v.

KEVIN KAUFMAN and ALANA KAUFMAN,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on the Parties' Joint Stipulation of Settlement of all Issues Regarding the Garnished Funds Held by Sunstate Bank (the "Joint Stipulation"), (ECF No. 41), and Defendants' Notice of Filing Claim of Exemption and Request for Hearing, (ECF No. 36). Judge Sanchez filed an R&R recommending that the Joint Stipulation be accepted, that the relief jointly requested be granted, (ECF No. 44). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 44), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** that:

1. The Writ of Garnishment as to both of Defendants' accounts at Sunstate Bank, (ECF No. 31), is **DISSOLVED**;
2. Garnishee Sunstate Bank is **ORDERED** to pay to Centennial Bank the entire amount of the garnished funds, **$11,565.67**, (ECF No. 32); and
3. Defendants' Notice of Filing Claim of Exemption and Request for Hearing, (ECF No. 36), is **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 26 day of June, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record